LOUIS J. GLASS *v.* FRIEDA F. GLASS
[No. 5, October Term, 1938.]

*Decided November 16th, 1938.*

694

The cause was argued before BOND, C. J., URNER, OF-
FUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON,
JJ.

*Ernest F. Fadum,* with whom was *Daniel Ellison* on the
brief, for the appellant.

*J. Francis Ford,* with whom was *Herbert R. O'Conor,*
on the brief, for the appellee.

SLOAN, J., delivered the opinion of the Court.